AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Black, Susan H | U.S. Court of Appeals | 05/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge-Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 N Hogan Street <br> Suite 14-150 <br> Jacksonville, FL 32202-4258 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ▬Trust (Assets of this trust are included in Part VII, lines 8 - 10.) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 P 12: 4
FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2006 |

III. NON-INVESTMENT INCOME

## A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Duke University School of Law-appellate practice course | $ 4,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | President of travel agency, self-employed |
| 2. 2005 | Real estate broker, self-employed |
| 3. 2005 | Owner of limo service, self-employed |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Black, Susan H | 05/10/2006 |

## V. GIFTS.

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Bank of America | Mortgage-Parcel 33 (Part VII, line 52) | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

└┘

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Estate Parcel 2 Amelia Island, FL | A | Rent | J | W | | | | | |
| 2. Real Estate Parcel 5 Jacksonville, FL | A | Rent | N | W | | | | | |
| 3. American Cable TV, Ltd. Partnership | | None | J | W | | | | | |
| 4. Real Estate Parcel 10 Jacksonville, FL | | None | N | W | | | | | |
| 5. Real Estate Parcel 13 Jacksonville, FL | E | Rent | M | W | | | | | |
| 6. Real Estate Parcel 17 Jacksonville, FL | E | Rent | M | W | | | | | |
| 7. Real Estate Parcel 21 Jacksonville, FL | A | Rent | | | sold | 4/21 | M | E | Shen-Jyh Wu |
| 8. ██████ Trust | A | Dividend | J | T | | | | | |
| 9. -Wachovia Bank Deposit | | | | | | | | | |
| 10. -Growth Fund of America Class A | | | | | | | | | |
| 11. Wachovia Securities Acct | | | | | | | | | |
| 12. -Growth Fund of America Class C | A | Dividend | J | T | partial sale | 12/27 | J | B | |
| 13. -Cracker Barrel common | A | Dividend | | | sold | 8/26 | J | C | |
| 14. Wachovia Securities Account | | | | | | | | | |
| 15. -Muni bonds: Orange Co. FL Hospitals Due 2024 | A | Interest | | | sold | 3/23 | J | | |
| 16. -Wachovia Bank Deposit | A | Dividend | K | T | | | | | |
| 17. -HRPT Properties Trust preferred stock | A | Dividend | | | sold | 3/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Muni bonds: Florida St Board of Education | A | Interest | | | sold | 3/23 | J | . | |
| 19. -Muni bonds: Dade Cnty Fla Aviation | C | Interest | | | sold | 3/22 | L | | |
| 20. -Jennison Global Growth mutual fund | A | Dividend | | | sold | 3/22 | J | B | |
| 21. -Van Kampen High Income Corporate Bond Fund | A | Dividend | | | sold | 3/23 | J | | |
| 22. -Calamos Conv Opportunities & Income Fund | C | Dividend | | | sold | 3/22 | K | C | |
| 23. -Dryden Index Ser Fund Stock Index Fd Cl A | A | Dividend | | | sold | 3/23 | J | A | |
| 24. Wachovia IRA | A | Dividend | K | T | | | | | |
| 25. -Calamos Conv Opportunities & Income Fd | | | | | | | | | |
| 26. -Jennison Blend Fd Cl A (Part VIII) | | | | | sold | 3/31 | K | | |
| 27. -Scudder Capital Growth Fd Cl B (Part VIII) | | | | | | | | | |
| 28. -Wachovia Bank Deposit | | | | | | | | | |
| 29. -Evergreen Equity Tr Asset Allocation Fd Cl C | | | | | bot | 4/1 | K | | |
| 30. Wachovia IRA | C | Dividend | K | T | | | | | |
| 31. -Jennison Growth Fund Inc Class B | | | | | sold | 3/31 | K | | |
| 32. -Putnam Investment Fds Small Cap Val Fd Cl B | | | | | | | | | |
| 33. -AIM Basic Val Fd Cl B | | | | | | | | | |
| 34. -Evergreen Equity Tr Asset Allocation Fd Cl C | | | | | bot | 4/1 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Hartford Mut Fds Inc Inflation Plus Fd Cl C | | | | | bot | 3/9 | K | | |
| 36. -Blackrock Income Trust Inc | | | | | | | | | |
| 37. -Jennison Growth Fund Class A | | | | | sold | 3/31 | K | | |
| 38. -Calamos Conv Opportunities & Income Fund | | | | | sold | 7/25 | K | C | |
| 39. -Wachovia Bank Deposit | | | | | | | | | |
| 40. -Calamos Strategic Total Return Fd | | | | | bot | 7/25 | K | | |
| 41. -Century Properties Fund XV LP | | | | | | | | | |
| 42. -Consolidated Capital Institutional Property 1 | | | | | Sold | 7/15 | K | | |
| 43. LouTom Co. | | None | N | W | | | | | |
| 44. Loan-Peters | | None | J | U | | | | | |
| 45. Loan-Beaches Limo | A | Interest | | | paid off | 4/6 | J | | |
| 46. Real Estate Parcel 29 Mars Hill, NC | D | Rent | M | W | | | | | |
| 47. Loan-Shouvlin #1 | A | Interest | K | U | | | | | |
| 48. Real Estate Parcel 30 Callahan, FL | | None | | | sold | 10/6 | N | G | Callahan, LLC |
| 49. Real Estate Parcel 31 Jacksonville, FL | D | Rent | L | W | | | | | |
| 50. Promissory Note-Harrington | | None | | | default | 12/31 | J | | |
| 51. Real Estate Parcel 32 Delray Bch, FL | E | Rent | | | sold | 3/14 | P1 | G | Eslo Industries Inc |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Real Estate Parcel 33 Orange Park, FL | G | Rent | P1 | W | | | | | |
| 53. Loan-Plumlee | A | Interest | J | U | | | | | |
| 54. Investment-Paradise Mooring subdivision | B | Interest | | | paid off | 5/9 | J | | |
| 55. Compass Bank Checking | A | Interest | | | closed | 7/1 | J | | |
| 56. Compass Bank Money Market | A | Interest | | | closed | 6/17 | J | | |
| 57. Real Estate Parcel 34 Mt Pleasant, IA | F | Rent | O | R | | | | | |
| 58. Compass Bank Checking | A | Interest | | | closed | 6/17 | J | | |
| 59. Compass Bank Savings | A | Interest | | | closed | 6/17 | J | | |
| 60. Real Estate Parcel 35 Cocoa, FL | F | Rent | P1 | W | bot | 4/6 | P1 | | LHI Coca Corp |
| 61. Real Estate Parcel 36 Middleburg, FL | D | Rent | M | W | bot | 5/20 | M | | Reflections Self Service |
| 62. Real Estate Parcel 37 Jacksonville, FL | | None | M | W | bot | 11/28 | M | | Laura McKown |
| 63. Loan-Lee's Z Best Car Wash | C | Interest | M | U | loan | 5/20 | M | | |
| 64. Loan-Forte | C | Interest | M | U | loan | 4/6 | M | | |
| 65. Loan-Gibson | A | Interest | K | U | loan | 9/15 | K | | |
| 66. Loan-Smith | | None | J | U | loan | 12/19 | J | | |
| 67. BB&T checking | A | Interest | K | T | opened | 4/29 | K | | |
| 68. BB&T investor's account (money mkt) | A | Interest | L | T | opened | 4/29 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. BB&T checking | | None | J | T | opened | 4/29 | J | | |
| 70. BB&T savings | A | Interest | J | T | opened | 4/29 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 26 was formerly Strategic Partners Equity Fd Cl A. The name of the fund was changed to Jennison Blend Fund Cl A during 2005. The Strategic Partners Equity Fd Cl A shares were reported on line 42 in the prior year's report.

Part VII, Line 27 was formerly Scudder Growth Fd Cl B. The Scudder Growth Fd Cl B shares were exchanged for Scudder Capital Growth Fd Cl B shares during 2005. The Scudder Growth Fd Cl B shares were reported on line 44 in the prior year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Susan H | 05/10/2006 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur ██████████████████████    Date _May 12 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544